UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS SCOTT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFF MACOMBER,<br><br>　　　　Respondent. | No. 2:15-cv-1292 KJM AC P<br><br><br>ORDER |

Petitioner, through counsel, has requested an extension of time to file his traverse. Good cause appearing, petitioner's request is granted. IT IS HEREBY ORDERED that petitioner shall have up to and including December 16, 2015 to file his traverse.

DATED: November 16, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE