UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS SCOTT,<br><br>  Petitioner,<br><br>  v.<br><br>JEFF MACOMBER, WARDEN,<br><br>  Respondent. | No. 2:15-cv-1292 KJM AC P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 1, 2020, at the direction of the district court judge assigned to this action (*see* ECF No. 27), the magistrate judge issued supplemental findings and recommendations to those that had been initially presented to the court (*see* ECF Nos. 23, 28). The supplemental findings and recommendations were served on all parties and contained notice to all that any objections to them were to be filed within fourteen days. ECF No. 28. Petitioner has filed objections to the supplemental findings and recommendations. ECF No. 33.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued July 28, 2017 (ECF No. 23) as resubmitted and supplemented by the findings and recommendations issued June 1, 2020 (ECF No. 28) are ADOPTED in full;

2. Petitioner's *Batson* claim fails on de novo review and his petition for writ of habeas corpus is denied; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253, for the reasons reviewed in the findings and recommendations as supplemented.

DATED: September 30, 2020.

CHIEF UNITED STATES DISTRICT JUDGE